RECEIVED

MAR 6 2008

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
See attached list.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

| | |
|---|---|
| Name of the attorney of record (See RCFC 83.1(c)): | John F. Burke, III |
| Firm Name: | Mansour, Gavin, Gerlack & Manos Co., LPA |
| Post Office Box: | |
| Street Address: | 55 Public Square, Suite 2150 |
| City-State-Zip: | Cleveland, OH 44113 |
| Telephone & Facsimile Numbers: | 216-523-1500; Fax 216-523-1705 |

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: [3] [0] [4]
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [V] [A] [ ]
See attached sheet for three-digit codes.

Amount Claimed: $ In excess of $25,000 per plaintiff
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? ☐ Yes ■ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

1. Barbara D. Ahlheit
2205 Highway 96
Burns, TN 37029

2. Tiny L. Anderson
3941 Lloyd Rd.
Whites Creek, TN 37189

3. Nancy K. Bedford
1311 Barkleigh Lane
Franklin, TN 37064

4. Jennifer E. Blair
3018 Rincon Court
Murfreesboro, TN 37127

5. Robert Coleman Blakey
223 North Academy St.
Murfreesboro, TN 37130

6. Marguerite E. Callahan
1916 Randolph Place
Nashville, TN 37215

7. Carol Callaway-Lane
766 Bresslyn Road
Nashville, TN 37205

8. Beatrice Edmundson
P.O. Box 110841
Nashville, TN 37222

9. Lori Emery
4076 Trail Ridge Drive
Franklin, TN 37067

10. Donna Esmond
2203 Ravenwood Drive
Nashville, TN 37216

11. Ramona Farrar
20 Knight Creek Road
Watertown, TN 37184

12. Lois E. Finch
4502 Glendale Place
Nashville, TN 37215

13. Frankie Fisher
222 Hemlock Drive
Murfreesboro, TN 37128

14. Debra L. Greenspan
7260 River Bend Road
Nashville, TN 37221

15. Glenda Harris
5129 Leath Drive
Nashville, TN 37211

16. Linda T. Howerton
405 Arlington Place
Nashville, TN 37221

17. Sandra Key Jasper
6028 Landmark Place
Brentwood, TN 37027

18. Jo Ann Johnson
1791 Northumberland Dr.
Brentwood, TN 37027

19. Linda Louise Laughlin
7102 Valley View Road
Lascassas, TN 37085

20. John H. Lewis
127 Walters Avenue
Franklin, TN 37067

21. Kristi Sue Lowe
1340 Lunar Drive
Murfreesboro, TN 37129

22. David Leo Lybarger
811 Forest Acres Drive
Nashville, TN 37220

23. Geralyn McVeigh
2386 Joe Brown Road
Spring Hill, TN 37174

24. Verna Porth
605 Greenwood Ave.
Shelbyville, TN 37160

25. Jacklen Robinson
1117 Waller Road
Brentwood, TN 37027

26. Troy A. Russell
4445 Winton Drive
Antioch, TN 37013

27. Amy Sadler
4818 Woodbury Highway
Manchester, TN 37355

28. Stacy L. Scarbro
4005 Greentree Court
Smyrna, TN 37167

29. Amanda M. Shaw
706 Chickasaw Road
Murfreesboro, TN 37130

30. Lourdes Elizabeth Spitler
211 Royal Glen Blvd.
Murfreesboro, TN 37128

31. Andrea Lea Stupka
105 Crosspointe
Hendersonville, TN 37075

32. Kathy L. Watkins
150 Roberta Drive
Hendersonville, TN 37075

33. Jennifer Watson
1008 Montrose Drive
Smyrna, TN 37167

34. Connie E. Yant
3759 Snell Road
Murfreesboro, TN 37127

35. Robin Dianne Young
3013 Palace Place
Murfreesboro, TN 37129