IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONNIE E. YANT, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-77C |
| | ) | (Senior Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 7-day enlargement of time, to and including June 30, 2008, for the parties to submit a Joint Preliminary Status Report ("JPSR"). The JPSR currently is due on June 23, 2008. This is the first request for an enlargement of time. Counsel for the parties have discussed this motion and its request for relief, and plaintiffs' counsel has represented that plaintiffs do not oppose this request.

The requested enlargement is necessary because the parties have conducted the early meeting of counsel pursuant to RCFC Appendix A, but the parties are in the process of preparing the JPSR. The parties anticipate that the JPSR will be completed by no later than June 30, 2008.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for a 7-day enlargement of time, to and including June 30, 2008, for the parties to submit a Joint Preliminary Status Report.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

Attorneys for Defendant

OF COUNSEL:

RANEY IRWIN
Attorney
Department of Veterans Affairs
Regional Counsel's Office
3322 West End Avenue, Suite 509
Nashville, Tennessee 37203

June 23, 2008

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, a copy of foregoing “DEFENDANT’S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick