# In the United States Court of Federal Claims

* * * * * * *

CONNIE E. YANT, *

Plaintiff, * No. 08-77C

v. * Filed: June 24, 2008

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's motion for an enlargement of time to June 30 to file the Joint Preliminary Status Report is GRANTED. Plaintiff does not oppose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge