# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| CONNIE E. YANT, | * | |
| Plaintiff, | * | No. 08-77C |
| v. | * | Filed: July 21, 2008 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

## ORDER

The joint preliminary status report suggests that the sole issue in this case is not whether women who work for Veterans Affairs as nurse practitioners or physician assistants are paid differently, but whether the nature and duties of the two specialities warrant a differential. According to the JPSR, twenty percent of the nurse practitioners are male and approximately fifty percent of the physician assistants are female.

The court's duty in these circumstances would be to determine whether the responsibilities of physician assistants and nurse practitioners are substantially the same. That is, plaintiffs do not allege discrimination within each category, but discrimination by the effect of paying one group differently from the other.

We ask that the parties agree on a day and time during the week of July 21 to discuss this matter with the court by telephone. We would like to address issues related to jurisdiction and whether a trial will be necessary to resolve this matter. Plaintiff or defendant may contact Ms. Burns in this office to advise the court of a time agreeable to both parties.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge