IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONNIE E. YANT, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-77C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF MIRIAM L. BURKS

I, Miriam L. Burks, declare as follows:

1. I am a Human Resources Specialist in the Murfreesboro, Tennessee office of the United States Department of Veterans Affairs ("VA") Tennessee Valley Healthcare System. I have held this position since December 2005. I have worked at the VA since November 2001.

2. My duties and responsibilities for the VA have included various personnel matters and personnel records.

3. The VA's Tennessee Valley Healthcare System has consisted of two hospitals located in Nashville and Murfreesboro and five outpatient clinics located in Knoxville, Fort Campbell, Clarksville, Chattanooga and Tullahoma. The Knoxville clinic was reorganized in October 2007 and, since then, it has not been part of the Tennessee Valley Healthcare System.

4. For employees in the Tennessee Valley Healthcare System, the number of male and female nurse practitioners and the number of male and female physician assistants has remained nearly constant.

5. As of April 2007, the Tennessee Valley Healthcare System employed 54 nurse practitioners who were female (80.6 percent), and 13 nurse practitioners who were male (19.4 percent). As of February 2008, the Tennessee Valley Healthcare System employed 56 nurse

practitioners who were female (78.9 percent), and 15 nurse practitioners who were male (21.1 percent). As of July 2008, the Tennessee Valley Healthcare System employed 55 nurse practitioners who were female (79.7 percent), and 14 nurse practitioners who were male (20.3 percent). In other words, the percentage of nurse practitioners who are male has fluctuated between 19.4 percent and 21.1 percent.

6. As of April 2007, the Tennessee Valley Healthcare System employed 8 physician assistants who were female (42.1 percent), and 11 physician assistants who were male (57.9 percent). As of February 2008, the Tennessee Valley Healthcare System employed 8 physician assistants who were female (40.0 percent), and 12 physician assistants who were male (60.0 percent). As of July 2008, the Tennessee Valley Healthcare System employed 8 physician assistants who were female (40.0 percent), and 12 physician assistants who were male (60.0 percent). In other words, the percentage of physician assistants who are female has fluctuated between 40.0 percent and 42.1 percent.

7. Male nurse practitioners and female nurse practitioners in the Tennessee Valley Healthcare System are all paid pursuant to the same salary scale for nurse practitioners.

8. Male physician assistants and female physician assistants in the Tennessee Valley Healthcare System are all paid pursuant to the same salary scale for physician assistants.

9. I have personal knowledge of the facts in this declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge pursuant to 28 U.S.C. § 1746. Executed on this 8th day of August, 2008.

M. L. Burks

Miriam L. Burks