IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONNIE E. YANT, et al. | ) | CASE NO. 08-77C |
| | ) | |
| Plaintiffs | ) | SENIOR JUDGE HODGES |
| v. | ) | |
| | ) | |
| THE UNITED STATES | ) | **UNOPPOSED MOTION** |
| | ) | **FOR EXTENSION OF TIME** |
| Defendant. | ) | |

Now come Plaintiffs, by and through counsel, who hereby request that this Court grant a seven (7) day extension of time until September 19, 2008, in which to file their brief in opposition to Defendant's Motion to Dismiss. Counsel requests the additional time due to a heavy civil litigation caseload including trial on September 10, 2008, and other pressing matters, which has prevented him from finalizing a response. This request is not made for the purposes of delay but is made in the interest of justice. Counsel for Defendant, Douglas G. Edelschick, has indicated that Defendant has no objection and consents to such an extension.

WHEREFORE, and for good cause shown, Plaintiffs respectfully request an extension of time until September 19, 2008, in which to file their response to Defendant's Motion to Dismiss.

Respectfully submitted,

/s/ John F. Burke, III
JOHN F. BURKE, III (Ohio #0059974)
Mansour, Gavin, Gerlack & Manos Co., L.P.A.
55 Public Square, Suite 2150
Cleveland, OH 44113-1994
Phone 216-523-1500; Fax 216-523-1705
Email: jburke@mggmlpa.com
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2008, the foregoing Unopposed Motion for Extension of Time was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John F. Burke, III
JOHN F. BURKE, III (Ohio #0059974)