# In the United States Court of Federal Claims

* * * * * * *

CONNIE E. YANT, *

Plaintiff, * No. 08-77C

v. * Filed: September 10, 2008

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff's motion for an enlargement of time to September 19 to file the Response to Defendant's Motion to Dismiss is GRANTED. Defendant does not oppose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge